Richard A. Menchini (RM 6057)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007
(212) 513-3200

Attorneys for Defendant
Heidelberg USA, Inc.

**'08 CIV 4500**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ANTONIO MOJICA,

                     Plaintiff,

             - against -

HEIDELBERG USA, INC.,

                     Defendant.
_____

08 CV       (  )

**RULE 7.1 STATEMENT OF
HEIDELBERG USA, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel of record for defendant Heidelberg USA, Inc., a non-governmental entity,

certify the following: the stock of Heidelberg USA, Inc. is 100% owned by Heidelberg

Americas, Inc., which is 100% owned by Heidelberger Druckmaschinen AG, a

corporation organized and incorporated under German law and publicly traded in

Germany.

Dated: New York, New York
       May 14, 2008

                              Respectfully submitted,

                              HOLLAND & KNIGHT LLP

                         By:  _Richard A Menchini_____

                              Richard A. Menchini (RM 6057)
                              195 Broadway
                              New York, NY 10007
                              (212) 513-3200

                              Attorneys for Defendant
                              Heidelberg USA, Inc.

# 5309525_v1