Richard A. Menchini (RM6057)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
(212) 513-3200

Attorneys for Defendant
Heidelberg USA, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTONIO MOJICA,

                Plaintiff,

- against -

HEIDELBERG USA, INC.,

                Defendant.

08 Civ. 4500 (SWK)

**AFFIRMATION OF SERVICE**

---

State of New York  )
                      ) SS.:
County of New York )

    RICHARD A. MENCHINI, an attorney admitted to practice in this Court and a member of the firm of Holland & Knight LLP, affirms under penalty of perjury:

    That on May 16, 2008, I caused to be served a true copy of the *Notice of Filing of Notice of Removal*, which annexed as an Exhibit the *Notice of Removal* filed by defendant Heidelberg USA, Inc. with this Court on May 14, 2008, by mailing the same in a duly enclosed prepaid and sealed wrapper with first-class postage prepaid thereon and addressed to plaintiff's counsel as follows:

Derek T. Smith, Esq.
Akin & Smith, LLC
305 Broadway, Suite 1101
New York, NY 10007

2

_____
RICHARD A. MENCHINI

Dated: May 16, 2008
       New York, New York

# 5341863_v1