UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANTONIO MOJICA,

                                                                                                                  08 CIV 4500

                       Plaintiff,

          -against-                                                              **JURY DEMAND**

HEIDELBERG USA, INC.,

                       Defendant.

------------------------------------------------------------------X

        Plaintiff hereby demands a Jury of all issues to be tried.

Dated:        New York, NY
                 May 19, 2008

                                            AKIN & SMITH, LLC

                                  By: __/s/_____

                                      Derek T. Smith (DS 1747)


                                      Attorneys for Plaintiffs
                                      305 Broadway
                                      Suite 1101
                                      New York, NY 10007
                                      (212) 587-0760

TO:
Richard Menchini (RM 6057)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007
212-513-3200