USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANTONIO MOJICA,

                 Plaintiff,

-against-

HEIDELBERG USA, INC.

                 Defendant.
------------------------------------------------------------x

08 Civ. 4500
(SWK)(DFE)

**CONSENT TO CHANGE ATTORNEYS**

    PLEASE TAKE NOTICE that it is hereby consented by the undersigned that O'Hare Parnagian LLP is substituted as attorneys of record for Heidelberg USA, Inc. in place of Holland & Knight LLP.

Dated: New York, New York
       June 6, 2008

_____ (CK-3865)
Christopher G. Kelly
Holland & Knight LLP
195 Broadway
New York, NY 10907
(212) 513-3200

_____ (RO 6698)
Robert A. O'Hare Jr.
O'Hare Parnagian LLP
82 Wall St., Suite 300
New York, NY 10005
(212) 425-1401

_____
Susan P. Nofi
Senior Vice President, HR and General Counsel
Heidelberg USA, Inc.
1000 Gutenberg Drive
Kennesaw, GA 30144

SO ORDERED

_____
7/1/08