UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Antonio Mojica

                              Plaintiff,

                                                              08 CIVIL 4500      (SWK)(DFE)

              -against-

Heidelberg USA, Inc.

                              Defendant.
-------------------------------------------------------------x

## NOTICE   OF   CHANGE   OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information
change(s) for:   Defendant Heidelberg USA, Inc.

☐    *Attorney*

    ☐    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
       RM6057

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☐    *Law Firm/Government Agency Association*

    From:   Holland & Knight LLP

    To:   O'Hare Parnagian LLP

    ☒    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my
       appearance was entered on _____ by Judge _____
       _____.

☐    *Address:*   82 Wall Street, Suite 300, New York, NY  10005

☐    *Telephone Number:*   212-425-1401

☐    *Fax Number:*   212-425-1421

☐    *E-Mail Address:*   rmenchini@ohareparnagian.com

Dated:   7/17/08