Richard A. Menchini (RM 6057)
Andrew C. Levitt (AL 8183)
O'HARE PARNAGIAN LLP
82 Wall St., Suite 300
New York, NY 10005
(212) 425-1401
(212) 425-1421 (fax)

*Attorneys for Defendant Heidelberg USA, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ANTONIO MOJICA,

                  Plaintiff,  :  No. 08 Civ. 4500 (GEL)
                               :  ECF Case

    - against -

HEIDELBERG USA, INC.,

                  Defendant.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        **PLEASE TAKE NOTICE** that Andrew C. Levitt of the firm O'Hare Parnagian LLP hereby appears in this action on behalf of Defendant Heidelberg USA, Inc. and demands that all papers and correspondence in this action be served upon him.

Dated: New York, New York
       July 23, 2008

                                                      s/Andrew C. Levitt
                                     Richard A. Menchini (RM 6057)
                                     Andrew C. Levitt (AL 8183)
                                     O'HARE PARNAGIAN LLP
                                     82 Wall Street, Suite 300
                                     New York, NY 10005
                                     (212) 425-1401
                                     (212) 425-1421 (fax)

                                     *Attorneys for Defendant Caprius, Inc. and*
                                     *MCM Environmental Technologies, Inc.*