Richard A. Menchini (RM 6057)
O'HARE PARNAGIAN LLP
82 Wall St., Suite 300
New York, NY 10005-3686
(212) 425-1401

Attorneys for Defendant
Heidelberg USA, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTONIO MOJICA,

                Plaintiff,

        - against -

HEIDELBERG USA, INC.,

                Defendant.

08 CV 4500 (GEL)(DFE)

**NOTICE OF MOTION
FOR LEAVE TO SERVE AND
FILE A THIRD-PARTY
SUMMONS AND COMPLAINT**

PLEASE TAKE NOTICE that upon the annexed Affirmation of Richard A. Menchini, sworn to on August 4, 2008, and the papers and proceedings previously had herein, defendant Heidelberg USA, Inc., will move this Court at the Courthouse located at 500 Pearl Street, New York, New York, for an Order pursuant to Rule 14(a) of the Federal Rules of Civil Procedure granting defendant leave, as a third-party plaintiff, to cause to be served upon Graphics Service Bureau, Inc. a Summons and Third-Party Complaint, and for such other and further relief as to the Court may seem just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 6.1(b) opposing papers, if any, shall be served within 10 business days after service of the moving papers.

Dated: New York, New York
August 4, 2008

Respectfully submitted,

O'HARE PARNAGIAN LLP

By: *Richard A. Menchini*
Richard A. Menchini (RM 6057)
82 Wall Street, Suite 300
New York, NY 10005
(212) 425-1401

Attorneys for Defendant
Heidelberg USA, Inc.

TO: AKIN & SMITH, LLC
Derek T. Smith, Esq.
305 Broadway, Suite 1101
New York, NY 10007
    Attorneys for Plaintiff

2