UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
ANTONIO MOJICA,                                             :
                                                            :
                            Plaintiff,                      :
                                                            :        08 Civ. 4500 (GEL)
        -against-                                           :
                                                            :        **ORDER**
HEIDELBERG USA, INC.,                                       :
                                                            :
                            Defendant.                      :
                                                            :
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

      Defendant has moved for leave to file and serve a third-party summons and complaint upon Graphics Service Bureau, Inc. Plaintiff has no objection to the motion. Having carefully considered the papers submitted by defendant, it is hereby ORDERED that defendant's motion for leave to file and serve a third-party summons and complaint is granted.

SO ORDERED:

Dated:      New York, New York
            August 14, 2008

                                                    _____
                                                        GERARD E. LYNCH
                                                        United States District Judge