| | |
|---|---|
| ANTONIO MOJICA | Index #: 08 CV 4500(GEL)(DEF) |
| Plaintiff(s) | |
| - against - | Date Filed: |
| HEIDELBERG USA, INC. | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 21, 2008 at 04:55 PM at

370 PARK AVENUE SOUTH
NEW YORK, NY

deponent served the within true copy of the 3RD PARTY SUMMONS & 3RD PARTY COMPLAINT on GRAPHICS SERVICE BUREAU, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to CRYSTAL RODRUGUEZ personally, deponent knew said corporation so served to be the corporation described in said 3RD PARTY SUMMONS & 3RD PARTY COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BROWN | 25 | 5'4 | 125 |

Sworn to me on: August 22, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

BYRAN E. MCELDERRY
License #: 869802
Docket #: 581921